# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER CONTINUING DETENTION HEARING** |
| vs. | ) | |
| Randall Lloyd Hayes, | ) | Case No. 3:18-cr-117 |
| Defendant. | ) | |

The court convened a detention hearing in the above-entitled action on December 27, 2018. AUSA Jacob Rodenbiker appeared on the Government's behalf. AFPD Christopher Lancaster appeared on defendant's behalf.

At the outset of the hearing, defendant requested that it be continued to a later date and time. The court **GRANTS** defendant's request. The detention shall be continued to date and time to be determined. Once defendant is ready to proceed, he should so notify the court. Once the court receives notice from defendant, it shall reschedule the detention hearing. In the interim, defendant shall remain in the custody of the Attorney General or his designated representative.

**IT IS SO ORDERED.**

Dated this 27th day of December, 2018.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr., Magistrate Judge
                                                        United States District Court